UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOHN DOE,** | ) |
| Plaintiff | ) Case No. 1:18-cv-07429 |
| v. | ) |
| | ) Honorable Virginia M. Kendall |
| **THE UNIVERSITY OF CHICAGO**, and **JANE ROE**, | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT JANE ROE**

NOW COMES Plaintiff, John Doe, by and through his attorneys, Crotty & Schiltz, LLC, and respectfully moves this court, pursuant to Fed. R. Civ. P. 55(a), for an order directing the Clerk to enter a default against the defendant, Jane Roe. In support of this Motion, Plaintiff states as follows.

1. Plaintiff filed his complaint on November 8th, 2018. (Dkt.#1).

2. On November 20th, 2018, Jane Roe was served in person at 924 E 57th St. Chicago, Il 60637 with the summons, complaint and exhibits for this suit. (Dkt. #11).

3. Defendant Roe's answer was due on December 11th, 2018. (Dkt. #11).

4. As of the date of this motion, Defendant Roe has not appeared, answered or otherwise pled to Plaintiff's complaint.

Wherefore, plaintiff respectfully requests that this Court enter an order directing the Clerk enter a default against Defendant Jane Roe and in Plaintiff's favor, and for any other relief this Court deems just.

Case: 1:18-cv-07429 Document #: 17 Filed: 12/21/18 Page 2 of 3 PageID #:96

2

Dated: December 21, 2018

                                                       /s/ Sean B. Crotty
                                            One of Plaintiff's Attorneys

Sean B. Crotty (ARDC# 6242730)
Eugene J. Schiltz (ARDC# 06181363)
Francis C. Wilkie (ARDC# 6321729)
Crotty & Schiltz, LLC
120 N. LaSalle St., Suite 2000
Chicago, Illinois  60602
(312) 444-1000
scrotty@crottylaw.com
gschiltz@crottylaw.com
fwilkie@crottylaw.com

## CERTIFICATE OF SERVICE

      I, Sean B. Crotty, an attorney, hereby certify that on December 21, 2018, I caused the foregoing **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT JANE ROE** to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system which will send notification to all e-filing participants of record. Additionally, I caused the foregoing motion to be mailed via email to Defendant Jane Roe.

                                                  /s/ Sean B. Crotty

Katelan Little
Scott L. Warner
120 S. Riverside Plaza, Suite 2200
Chicago, Illinois 60606
Phone: (312) 655-1500
Facsimile: (312) 655-1501
Katelan.Little@huschblackwell.com
Scott.Warner@huschblackwell.com
Attorneys for University of Chicago