

# United States District Court
# Northern District of Illinois

In the Matter of

John Doe                                                  Magistrate Judge Young B. Kim

                v.                                                Case No. 18-CV-7429

University of Chicago, et al

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REFERRAL TO MAGISTRATE JUDGE

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be referred to the calendar of Magistrate Judge Young B. Kim, the magistrate judge designated pursuant to Local Rule 72.1. The reasons for my recommendation are indicated on the reverse of this form.

_____
**Judge Virginia M. Kendall**

Date: Friday, May 10, 2019

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be referred to the calendar of Magistrate Judge Young B. Kim

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

_____
**Chief Judge Ruben Castillo**

Dated: Friday, May 10, 2019

District Referral - To Designated Magistrate Judge

# CIVIL PROCEDURES

**Conduct hearings and enter appropriate orders on the following pretrial motion/matter:**

- Settlement Conference

EXCEPTIONS OR ADDITIONS:

District Referral - To Designated Magistrate Judge