# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:18-cv-07429 |
| ) | |
| THE UNIVERSITY OF CHICAGO and ) | Honorable Virginia M. Kendall |
| JANE ROE, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To:   See Certificate of Service

PLEASE TAKE NOTICE that on **Tuesday, June 18, 2019 at 9:00 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Virginia M. Kendall** or any Judge Presiding, **Courtroom 2319** in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and will then and there present **DEFENDANT UNIVERSITY OF CHICAGO'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS COMPLAINT AND TO STRIKE CERTAIN REQUESTS FOR RELIEF FROM COMPLAINT PURSUANT TO RULES 12(b)(6) and 12(f)** a copy of which is hereby served upon you.

Dated:  June 12, 2019

Respectfully submitted,
HUSCH BLACKWELL LLP

By:  */s/* Katelan Little
Katelan Little (6309560)
Scott L. Warner (6231380)
120 S. Riverside Plaza, Suite 2200
Chicago, Illinois 60606
Phone:  (312) 655-1500
Facsimile:  (312) 655-1501
Katelan.Little@huschblackwell.com
Scott.Warner@huschblackwell.com
*Attorneys for University of Chicago*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that she caused a copy of the foregoing **DEFENDANT UNIVERSITY OF CHICAGO'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS COMPLAINT AND TO STRIKE CERTAIN REQUESTS FOR RELIEF FROM COMPLAINT PURSUANT TO RULES 12(b)(6) and 12(f)** to be served on the attorney of record listed below by filing the foregoing electronically using the CM/ECF filing system on this 12th day of June, 2019.

Sean B. Crotty (ARDC# 6242730)
Eugene J. Schiltz (ARDC# 06181363)
Francis C. Wilkie (ARDC# 6321729)
Crotty & Schiltz, LLC
120 N. LaSalle Street, Suite 2000
Chicago, Illinois 60602
(312) 444-1000
scrotty@crottylaw.com
gschiltz@crottylaw.com

Deidre Baumann (ARDC# 6209602)
Baumann & Shuldiner
20 South Clark, Suite 500
Chicago, IL 60603
(312) 558-3119
baumannesq@gmail.com

/s/ Katelan Little
Katelan Little