## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:18-cv-07429 |
| | ) |
| THE UNIVERSITY OF CHICAGO and JANE ROE, | ) Honorable Virginia M. Kendall |
| | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Katelan Little of Husch Blackwell LLP hereby withdraws her appearance for Defendant University of Chicago in the above-captioned matter. Scott L. Warner and the law firm of Husch Blackwell LLP will continue as counsel of record.

Dated: July 12, 2019          Respectfully submitted,

                                                HUSCH BLACKWELL LLP

                                                By: */s/* Katelan Little

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that she caused a copy of the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL** to be served on the attorney of record listed below by filing the foregoing electronically using the CM/ECF filing system on this 12th day of July, 2019.

Sean B. Crotty (ARDC# 6242730)
Eugene J. Schiltz (ARDC# 06181363)
Francis C. Wilkie (ARDC# 6321729)
Crotty & Schiltz, LLC
120 N. LaSalle Street, Suite 2000
Chicago, Illinois 60602
(312) 444-1000
scrotty@crottylaw.com
gschiltz@crottylaw.com
fwilkie@crottylaw.com

/s/ Katelan E. Little
Katelan E. Little

1