UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **John Doe,** )<br>)<br>**Plaintiff** )<br>v. )<br>)<br>**The University of Chicago and** )<br>**Jane Roe,** )<br>)<br>**Defendants.** ) | Case No. 18-cv-7429<br><br>Judge Virginia M. Kendall |

## MOTION TO REINSTATE

Plaintiff John Doe, by and through his attorneys Crotty & Schiltz, LLC, moves this court for an order reinstating his complaint against Defendants, the University of Chicago and Jane Roe, or, in the alternative, move the deadline at which time the dismissal of Doe's complaint will convert to being with prejudice to July 19, 2019. In support of his motion, John Doe state as follows:

1. On November 11, 2018 John Doe filed a complaint against the University of Chicago and Jane Roe asserting a number of claims.

2. On July 2, 2019 this Court entered the following order: "By agreement of parties, this case is dismissed without prejudice and with leave to reinstate by 7/12/2019. If a motion to reinstate is not filed by 7/12/2019, the dismissal shall become final and will automatically convert to a dismissal with prejudice. Civil case terminated." (Dkt. #62).

3.     As of July 12, 2019 the parties have been unable to finalize the issues recently addressed with this Court. The parties believe they will be able to resolve the issues by July 19, 2019.

4.     Counsel for the University of Chicago and Jane Roe respectively have no objection to the granting of this motion.

WHEREFORE, for the reasons stated above, John Doe asks this Court to enter an order either reinstating his claim against the University of Chicago and Jane Roe or, in the alternative, moving the deadline at which time the dismissal of Doe's complaint will convert to being with prejudice to July 19, 2019.

Dated: July 12, 2019                                  Respectfully submitted,

                                                      /s/ Sean B. Crotty
                                                      One of Plaintiff's Attorneys


Sean B. Crotty (ARDC# 6242730)
Eugene J. Schiltz (ARDC# 06181363)
Francis C. Wilkie (ARDC# 6321729)
Crotty & Schiltz, LLC
120 N. LaSalle St., Suite 2000
Chicago, Illinois  60602
(312) 444-1000
scrotty@crottylaw.com
gschiltz@crottylaw.com
fwilkie@crottylaw.com

## CERTIFICATE OF FILING

     I, Sean B. Crotty, an attorney, hereby certify that on July 12, 2019, I caused the foregoing **Motion to Reinstate** to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system.

                                                        /s/ Sean B. Crotty