UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| John Doe, | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Case No. 18-cv-7429 |
| | ) | |
| The University of Chicago and | ) | Judge Virginia M. Kendall |
| Jane Roe, | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, July 23, 2019, at 9:00 am or as soon thereafter as counsel may be heard we shall appear before the Honorable Virginia M. Kendall or any judge presiding, in Courtroom 2319 in the United States courthouse, 219 South Dearborn Street, Chicago, Illinois and will then and there present Plaintiff's **Motion to Reinstate,** a copy of which is hereby served upon you.

Dated: July 12, 2019                                    Respectfully submitted,

                                                                        /s/ Sean B. Crotty
                                                                        One of Plaintiff's Attorneys

Sean B. Crotty (ARDC# 6242730)
Eugene J. Schiltz (ARDC# 06181363)
Francis C. Wilkie (ARDC# 6321729)
Crotty & Schiltz, LLC
120 N. LaSalle St., Suite 2000
Chicago, Illinois 60602
(312) 444-1000
scrotty@crottylaw.com
gschiltz@crottylaw.com
fwilkie@crottylaw.com

## CERTIFICATE OF FILING

    I, Sean B. Crotty, an attorney, hereby certify that on July 12, 2019, I caused the foregoing **Notice of Motion** to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system.

                                                                                            /s/ Sean B. Crotty